COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


|  |  |  |
|---|---|---|
| RAY GUTIERREZ, | § | No. 08-16-00093-CV |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 243rd District Court |
|  | § |  |
| 243RD DISTRICT COURT, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 20140D04007) |
|  | § |  |

## MEMORANDUM OPINION

This appeal is before the Court to determine whether we have jurisdiction of the appeal. Finding that there is no final judgment or appealable interlocutory order, we dismiss the appeal for want of jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West 2015) (authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195.

Appellant, Ray Gutierrez, was appointed to represent Isaac Duarte in a criminal case, and he submitted his voucher to the trial court in the total amount of $7,790.25. *See generally* TEX.CODE CRIM.PROC.ANN. art. 26.05 (West Supp. 2015). The 243rd District Court ordered that

Gutierrez be paid a reduced amount and entered written findings of fact in support of the reduction. Gutierrez filed notice of appeal from the trial court's order and findings.

On May 19, 2016, the Clerk sent Gutierrez notice of the Court's intent to dismiss the appeal unless Gutierrez could show that the order is appealable. Gutierrez did not file any response. We have found no authority for an appeal from a trial court's order approving payment of court-appointed counsel. Consequently, we dismiss the appeal for lack of jurisdiction.

August 24, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.